CUNMULAJ V CHANEY and CUNMULAJ V MICHIGAN STATE UNIVERSITY, Nos. 138390 and 138391; Court of Appeals Nos. 282264 and 282265.

CAUFF V FIEGER, FIEGER, KENNEY & JOHNSON, PC, No. 138397; Court of Appeals No. 281442.

LAGACE V DAVID J STANTON & ASSOCIATES, INC, No. 138403; Court of Appeals No. 287561.

PEOPLE V POTLOW, No. 138420; Court of Appeals No. 280646.

PEOPLE V BRADLEY, No. 138427; Court of Appeals No. 289130.

PEOPLE V RONNIE JONES, No. 138454; Court of Appeals No. 280698.

PEOPLE V SHAWN MURRAY, No. 138464; Court of Appeals No. 289753.

PEOPLE V MARTIN WILLIS, No. 138465; Court of Appeals No. 288635.

PEOPLE V BRUCE BROWN, No. 138477; Court of Appeals No. 280721.

SCHELLENBERG V BINGHAM TOWNSHIP, No. 138571; Court of Appeals No. 289401.

CITY OF CENTER LINE V POLICE OFFICERS ASSOCIATION OF MICHIGAN, INC, No. 138692; Court of Appeals No. 289248.

*Reconsideration Granted May 27, 2009:*

PEOPLE V SOARES, No. 137268. The motion for reconsideration of this Court's January 16, 2009, order is granted. We vacate our order dated January 16, 2009. On reconsideration, the application for leave to appeal the July 24, 2008, judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Feezel* (Docket No. 138031) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we order that the application be held in abeyance pending the decision in that case. Leave to appeal denied at 483 Mich 874. Court of Appeals No. 273333.

*Reconsiderations Denied May 27, 2009:*

PEOPLE V ANTONIO HUNTER, No. 137416. Leave to appeal denied at 483 Mich 913. Court of Appeals No. 285529.

PEOPLE V GARY MORRIS, No. 137429. Leave to appeal denied at 483 Mich 882. Court of Appeals No. 284140.

PEOPLE V NIXON, No. 137434. Leave to appeal denied at 483 Mich 913. Court of Appeals No. 286317.

PEOPLE V DENNIS HALL, No. 137860. Leave to appeal denied at 483 Mich 915. Court of Appeals No. 273908.